### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HECTOR M. ARISTONDO-AYALA,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-26-243-G** |
| | ) |
| **WARDEN OF CIMARRON** | ) |
| **DETENTION CENTER, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

The record in this case reflects that counsel for Petitioner Hector M. Aristondo-Ayala has not filed an entry of appearance as required by Local Civil Rule 83.4.

IT IS ORDERED that counsel for Petitioner shall enter an appearance within seven (7) days of the date of this Order.

IT IS SO ORDERED this 23rd day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge